NUMBERS 13-05-354-CR, 

                     13-05-355-CR,
AND 13-05-356-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

________________________________________________________

 

COURTNEY
KRENEK GARCIA,                                    Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_________________________________________________________

 

              On appeal from County
Court at Law No. One

                           of Victoria
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

       Before Chief Justice Valdez
and Justices Garza and Castillo

                       Memorandum Opinion Per
Curiam

 








Appellant, COURTNEY
KRENEK GARCIA, attempted to perfect appeals from  judgments entered by County Court
at Law No. One of Victoria County, Texas.  Sentence in these causes was imposed on April 11, 2005.   The notices
of appeal were due to be filed on May 11, 2005, but were not
filed until May 27, 2005.  
Said notices of appeal are untimely filed. 

Tex.
R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
the notice of appeal if such notice is filed within  fifteen days of the last day allowed and
within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file her notices of appeal and a motion requesting
an extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect her
appeals, is of the opinion that the appeals should be dismissed for want of
jurisdiction.  The appeals are hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 28th day of July, 2005.